# United States DistrictCourt
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**

**CLERK 312-435-5670**

**September 27, 2010**

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: ***Gray -v- Walker***

U.S.D.C. DOCKET NO. ***10 cv 4637***

U.S.C.A. DOCKET NO. : ***10-3169***

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S): ***1***

ELECTRONIC VOLUME(S) of TRANSCRIPTS:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By /s/ D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

***1 Volume of Pleadings***

In the cause entitled: Gray -v- Walker.

USDC NO. : 10 cv 4637

USCA NO. : 10-3169

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 27th day of Sept. 2010.

MICHAEL W. DOBBINS, CLERK

By: /s/ D. Jordan, Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ D. JORDAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: SEPTEMBER 27, 2010

APPEAL, MASON, PC, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 4.1.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:10-cv-04637
# Internal Use Only

Gray v. Walker et al
Assigned to: Honorable Rebecca R. Pallmeyer
Case in other court: 10-03169

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/26/2010
Date Terminated: 08/03/2010
Jury Demand: Plaintiff
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Marcos Gray** represented by **Marcos Gray**
K-69488
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

V.

**Defendant**

**Roger Walker**
*Sued individually and in their official capacity*

**Defendant**

**Micheal Randle**
*Sued individually and in their official capacity*

**Defendant**

**Kenneth Harris**
*Sued individually and in their official*

*capacity*

**Defendant**

**Deidre Battaglia**
*Sued individually and in their official capacity*

**Defendant**

**Vernita Wright**
*Sued individually and in their official capacity*

**Defendant**

**Terry McCann**
*Sued individually and in their official capacity*

**Defendant**

**Anthony Ramos**
*Sued individually and in their official capacity*

**Defendant**

**Marcus Hardy**
*Sued individually and in their official capacity*

**Defendant**

**Dept. of Management**
*Names Unknown*

**Service List** represented by **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**

Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2010 | 1 | RECEIVED Complaint and eight copies by Marcos Gray. (Exhibit)(Poor Quality Original - Paper Document on File.) (lp, ) (Envelope postmarked 7/21/10) Modified on 7/29/2010 (aew, ). (Entered: 07/27/2010) |
| 07/26/2010 | 2 | CIVIL Cover Sheet. (lp, ) (Entered: 07/27/2010) |
| 07/26/2010 | 3 | APPLICATION by Plaintiff Marcos Gray for leave to proceed in forma pauperis. (Exhibit) (lp, ) (Entered: 07/27/2010) |
| 08/03/2010 | 4 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Plaintiff's motion for leave to proceed in forma pauperis 3 is granted. The court assesses an initial partial filing fee of $17.48. The court authorizes and directs the trust fund officer at Plaintiffs place of confinement to deduct the initial filing fee and to continue making deductions in accordance with this order. The clerk shall send a copy of this order to the trust fund officer at the Stateville Correctional Center. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. The case is terminated. This dismissal counts as one of Plaintiffs three allotted dismissals under 28 U.S.C. § 1915(g). All other pending motions are denied. Mailed notice. [For further details see minute order.] (kj, ) (Entered: 08/04/2010) |
| 08/04/2010 | | MAILED copy of minute order dated 8/3/2010 to Trust Fund Officer at Stateville Correctional Center. (kj, ) (Entered: 08/04/2010) |
| 08/17/2010 | 5 | MOTION by Plaintiff Marcos Gray to alter or amend judgment. (psm, ) (Entered: 08/19/2010) |
| 08/17/2010 | 6 | MEMORANDUM of law in support of motion to alter or amend judgment. (psm, ) (Entered: 08/19/2010) |
| 08/24/2010 | 7 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Plaintiffs motion to alter or amend judgment 5 is denied. [For further details see text below.] Mailed notice (jmp, ) (Entered: 08/25/2010) |
| 08/26/2010 | 8 | ~~(Court only) INMATE Installment Payment in the amount of $ 17.48 paid on 8/26/2010, receipt number 4624045972. (psm, ) (Entered: 08/27/2010)~~ |
| 09/02/2010 | 10 | NOTICE of appeal by Marcos Gray regarding orders 4 (ifp) (dj, ) (Entered: 09/16/2010) |
| 09/02/2010 | 11 | MOTION by Plaintiff Marcos Gray for appointment of counsel (dj, ) (Entered: 09/16/2010) |

| | | |
|---|---|---|
| 09/02/2010 | 12 | AFFIDAVIT by Marcos Gray accompanying motion for permission to appeal in forma pauperis. (dj, ) (Entered: 09/16/2010) |
| 09/14/2010 | 9 | LETTER from U.S.C.A. dated 9/14/10 regarding filing the Notice of Appeal. (dj, ) (Entered: 09/16/2010) |
| 09/16/2010 | 13 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/16/2010)~~ |
| 09/16/2010 | 14 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 10 . Notified counsel (dj, ) (Entered: 09/16/2010)~~ |
| 09/16/2010 | 15 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 10 ; USCA Case No. 10-3169. (lp, ) (Entered: 09/17/2010)~~ |
| 09/16/2010 | 16 | ~~CIRCUIT Rule 3(b) Notice. (lp, ) (Entered: 09/17/2010)~~ |
| 09/20/2010 | 17 | (Court only) INMATE Installment Payment in the amount of $ 5.76 paid on 9/20/2010, receipt number 4624047145. (jmp, ) (Entered: 09/24/2010) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**